IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER SMITH,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY OF BERKELEY, CITY OF BERKELEY MEDICAL CANNABIS COMMISSION, THE BERKELEY CITY COUNCIL, its various employees, BERKELEY PATIENTS GROUP, BERKELEY PATIENTS CARE COLLECTIVE, dba Community Flavor, LLC, CANNABIS BUYERS CLUB OF BERKELEY, and DOES 1–20, inclusive,<br><br>    Defendants.<br>                                         / | No. C 15-04227 WHA<br><br>**ORDER TO SHOW CAUSE** |

    Defendants have moved to dismiss this action. Plaintiff's responses to the motions to dismiss are long past due. By **NOON TOMORROW, NOVEMBER 6**, plaintiff shall respond to the motions to dismiss and shall **SHOW CAUSE** why he did not timely respond. Failure to respond or to show adequate cause will result in dismissal of the case for failure to prosecute.

    **IT IS SO ORDERED.**

Dated: November 5, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE