IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER SMITH,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY OF BERKELEY, CITY OF BERKELEY MEDICAL CANNABIS COMMISSION, THE BERKELEY CITY COUNCIL, its various employees, BERKELEY PATIENTS GROUP, BERKELEY PATIENTS CARE COLLECTIVE, d/b/d Community Flavor LLC, CANNABIS BUYERS CLUB OF BERKELEY, and DOES 1 to 20, inclusive,<br><br>    Defendants.<br>_____/ | No. C 15-04227 WHA<br><br>**ORDER SETTING SCHEDULE FOR PENDING MOTIONS TO DISMISS** |

Plaintiff has filed an amended complaint as well as an opposition to defendants' motions to dismiss. By **NOVEMBER 12 AT NOON**, defendants shall please inform the Court whether their pending motions to dismiss should be denied as moot without prejudice to renewed motions drawn to the amended pleadings. If defendants prefer to continue with the motions as filed, any replies to plaintiff's opposition are due on **NOVEMBER 17**. The hearing on the pending motions shall be **CONTINUED** to **DECEMBER 3 AT 8:00 A.M.**

**IT IS SO ORDERED.**

Dated: November 9, 2015.

                                                 WILLIAM ALSUP
                                                 UNITED STATES DISTRICT JUDGE