IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER SMITH,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY OF BERKELEY, CITY OF BERKELEY MEDICAL CANNABIS COMMISSION, THE BERKELEY CITY COUNCIL, its various employees, BERKELEY PATIENTS GROUP, BERKELEY PATIENTS CARE COLLECTIVE, d/b/d Community Flavor LLC, CANNABIS BUYERS CLUB OF BERKELEY, and DOES 1 to 20, inclusive,<br><br>    Defendants.<br>                                                                    / | No. C 15-04227 WHA<br><br>**NOTICE RE OPPORTUNITIES FOR YOUNG ATTORNEYS** |

Counsel will please keep in mind the need to provide arguments and courtroom experience to the next generation of practitioners. The Court will particularly welcome any lawyer with four or fewer years of experience to argue the upcoming motions to dismiss.

Dated: December 2, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE