IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER SMITH,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY OF BERKELEY, CITY OF BERKELEY MEDICAL CANNABIS COMMISSION, THE BERKELEY CITY COUNCIL, its various employees, BERKELEY PATIENTS GROUP, BERKELEY PATIENTS CARE COLLECTIVE, dba Community Flavor LLC, CANNABIS BUYERS CLUB OF BERKELEY, and DOES 1 to 20 inclusive,<br><br>    Defendants.<br>                                                / | No. C 15-04227 WHA<br><br>**ORDER DENYING REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DATES** |

The case management conference in this action is scheduled for **DECEMBER 10**, the same day as the hearing on the parties' pending motions to dismiss. The parties have filed a joint stipulation seeking to continue the case management conference and related deadlines. No good cause shown, the request is **DENIED**. The parties shall make all relevant filings by **MONDAY, DECEMBER 7 AT NOON**.

**IT IS SO ORDERED.**

Dated: December 4, 2015.

                                                        WILLIAM ALSUP
                                                        UNITED STATES DISTRICT JUDGE