IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER SMITH,

    Plaintiff,

v.

CITY OF BERKELEY, CITY OF BERKELEY MEDICAL CANNABIS COMMISSION, THE BERKELEY CITY COUNCIL, its various employees, BERKELEY PATIENTS GROUP, INC., BERKELEY PATIENTS CARE COLLECTIVE, d/b/a Community Flavor, LLC, CANNABIS BUYERS CLUB OF BERKELEY and DOES 1 to 20, inclusive,

    Defendants.

/

No. C 15-04227 WHA

**JUDGMENT**

For the reasons stated in the accompanying order dismissing this action, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendants City of Berkeley, City of Berkeley Medical Cannabis Commission, The Berkeley City Council, Berkeley Patients Group, Berkeley Patients Care Collective, and Cannabis Buyers Club of Berkeley and against plaintiff Christopher Smith. The Clerk shall please **CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: December 21, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE